United States District Court
for the District of New Jersey

_____
                                                :
**BOARD OF TRUSTEES OF TEAMSTERS LOCAL 863**    :
                                                :        Civil No. 99-3333
       Plaintiff                                :
                                                :
   vs.                                          :        Order of Reassignment
                                                :
**FOODTOWN, INC., ET AL.**                      :
                                                :
       Defendant                                :
_____     :


It is on this 28th day of October 2009,

O R D E R E D that the entitled action is reassigned

from Judge Harold A. Ackerman to Judge Garrett E. Brown, Jr..


                              S/Garrett E. Brown, Jr.
                              Garrett E. Brown, Jr., Chief Judge
                              United States District Court